129 So.2d 740

William **STEPTER**

v.

**T. SMITH AND SON, INC.**

No. 45455.

April 24, 1961.

Rehearing Denied May 29, 1961.

Zelden & Zelden, New Orleans, for plaintiff-appellant.

Clem H. Sehrt, Edward J. Boyle, Dudley A. Philips, Jr., New Orleans, for defendant-appellee.

HAMLIN, Justice.

For the reasons assigned in 241 La. 433, 129 So.2d 729, the judgment of the Court of Appeal, Fourth Circuit, is affirmed. 123 So.2d 788.